IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS CHRISTOPHER WATSON, #236044, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:20-cv-397-SMD |
| | ) [WO] |
| WEXFORD HEALTH SOURCES, INC. and TAHIR SIDDIQ | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, it is the ORDER, JUDGMENT, and DECREE of the Court that this case is DISMISSED without prejudice against Defendants and with no costs taxed. The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment under Federal Rule of Civil Procedure 58.

DONE this 4th day of February, 2021.

_____
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE